**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSE MORENO,** | : | **CIVIL ACTION NO. 1:05-CV-0481** |
| | : | |
| **Petitioner** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **DAVID O'NEIL,** | : | |
| | : | |
| **Respondent** | : | |

## <u>ORDER</u>

AND NOW, this 25th day of April, 2005, upon consideration of the report of the magistrate judge (Doc. 4), to which no objections were filed, recommending that the above-captioned case be transferred to the United States District Court for the Southern District of New York, <u>but see</u> 28 U.S.C. § 2254(d) (allowing for *intrastate* transfers of cases), and it appearing that petitioner is presently detained in a state corrections institution within the Middle District of Pennsylvania pending resolution of an order of deportation, <u>see</u> <u>Moreno v. Sec'y Michael Chertoff</u>, No. 05-0565 (M.D. Pa. Mar. 21, 2005), but that the petition, filed pursuant to 28 U.S.C. § 2254, challenges petitioner's custody under a sentence of probation imposed by a New York state court, and that the petition does not name a state officer having custody under that sentence, <u>see</u> R. GOVERNING § 2254 CASES R.2(a) ("If the petitioner is currently in custody under a state-court judgment, the petition must name as respondent the state officer who has custody."), it is hereby ORDERED that:

1.      The petition (Doc. 1) is DISMISSED.

2.      A certificate of appealability is DENIED.  <u>See</u> 28 U.S.C. § 2253.

3.      The Clerk of Court is directed to CLOSE this case.


                                    <u>  S/ Christopher C. Conner     </u>
                                    CHRISTOPHER C. CONNER
                                    United States District Judge